# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00546-CV

**Jeffrey Benjamin Mason, Appellant**

**v.**

**Keri Cotterman Mason, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
### NO. D-1-FM-16-001306, HONORABLE LORA LIVINGSTON, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Jeffrey Benjamin Mason has filed a motion to review supersedeas bond in connection with his appeal of the trial court's final decree of divorce. *See* Tex. R. App. P. 24.4(a). Appellant has also filed an emergency motion for temporary orders or, alternatively, emergency motion for injunction. We grant the emergency motion for temporary orders and stay execution and enforcement of the final decree of divorce, pending further orders of this Court. *See id.* R. 24.4(c). Appellant's emergency motion for injunction is denied. We request that the appellee file a response to the motion to review supersedeas bond no later than November 17, 2017.

It is ordered November 3, 2017.

Before Justices Puryear, Field, and Bourland